# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA
DEPARTMENT OF TAXATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
TREVOR L. ATKIN, DISTRICT JUDGE,
Respondents,
and
MM DEVELOPMENT COMPANY, INC.;
AND LIVFREE WELLNESS, LLC,
Real Parties in Interest.

No. 79825

FILED

SEP 0 3 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS*

Having reviewed the parties' September 2, 2020, stipulation to dismiss the petition for a writ of mandamus in this matter, the stipulation is approved and the writ petition is hereby dismissed. As set forth in the stipulation, the parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Attorney General/Carson City
     Attorney General/Las Vegas
     Kemp, Jones & Coulthard, LLP
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-32488